UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BRUCE MEYERS, et al

        Plaintiff(s),

Case No. 2:17-cv-10623-PDB-DRG

v.

Judge Paul D. Borman

VILLAGE OF OXFORD, et al

Magistrate Judge David R. Grand

        Defendant(s).
_____/

## EX PARTE MOTION FOR LEAVE TO FILE
## EXHIBITS IN THE TRADITIONAL MANNER

NOW COMES the undersigned, and pursuant to the Electronic Filing Policies and Procedures, seeks leave of this Court to file exhibits in the traditional manner.

The exhibits to Complaint (Dk No. 1)

cannot be authentically converted to electronic form for the following reason(s):

Exhibits F and I (as referenced in the Complaint) are large file-size video recordings which cannot be submitted via ECF. Plaintiff requests to be permited to file these recordings on a CD with the Court Clerk.

For the foregoing reasons, the undersigned respectfully requests that this Court grant the leave sought in this motion.

Date: February 27, 2017

s/ Philip L. Ellison

P74117
Outside Legal Counsel PLC
PO Box 107
Hemlock, MI 48626
989-642-0055
pellison@olcplc.com