UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

BRUCE MEYERS; KALLIE
ROESNER-MEYERS and                                    Case No. 17-cv-10623
EUGENIA CALOCASSIDES,                                 Hon. Denise Page Hood

    Plaintiffs,

v.

VILLAGE OF OXFORD, a Michigan home-rule
village, JOE YOUNG, in his personal and official
capacity as Village Manager of the Village of
Oxford; SUE BOSSARDET, in her personal and
official capacity as President of the Village of Oxford;
and MICHAEL SOLWOLD, in his official capacity
only as the Acting Police Chief of the Village of Oxford;
ROBERT CHARLES DAVIS, in his personal and official
capacity as an administrative officer (Village Attorney)
of the Village of Oxford,

    Defendants.
_____

OUTSIDE LEGAL COUNSEL PLC
PHILIP L. ELLISON (P74117)                JOPPICH, P.C.
Attorney for Plaintiffs                   CARLITO H. YOUNG (P61863)
P O Box 107                               LAURA BAILEY BROWN (P79742)
Hemlock, MI 48626                         Attorneys for Defendants
(989) 642-0055 / (888) 398-7003 (F)       27555 Executive Drive, Suite 250
pellison@olcplc.com                       Farmington Hills, MI 48331
                                          (248) 489-4100 / (248) 489-1726 (F)
                                          cyoung@jrsjlaw.com
                                          lbrown@jrsjlaw.com

JOHNSON, ROSATI, SCHULTZ &

Robert Charles Davis (P40155)
In Pro Per
10 S. Main St., Ste. 401
Mt. Clemens, Michigan 48043
(586) 469-4300
rdavis@dbsattorneys.com
_____

**STIPULATED ORDER WITHDRAWING COUNSEL,
WITHDRAWING MOTION TO DISQUALIFY [Dkt. No. 10],
AND EXTENDING TIME FOR DEFENDANTS
TO FILE RESPONSIVE PLEADING**

Plaintiffs Bruce Meyers, Kallie Roesner-Meyers, and Eugenia Calocassides, along with Defendants Village of Oxford, Joe Young, Sue Bossardet, Michael Solwold, and Robert Charles Davis (collectively, the "Parties"), by their respective counsel, hereby state as follows:

1. Plaintiffs filed this action on February 27, 2017 [Doc. No. 1].

2. Prior to service of the Complaint, Plaintiffs submitted a First Amended Complaint on March 8, 2017 [Doc. No. 7].

3. Defendant Robert Charles Davis, named in both his personal capacity and his official capacity as Village Attorney for the Village of Oxford, entered his appearance on behalf of all named Defendants on March 15, 2017 [Doc. No. 9].

4. On March 19, 2017, Plaintiffs submitted a Motion to Disqualify Attorney Davis as counsel [Doc. No. 10], and Defendants subsequently submitted a Response in Opposition to the Motion to Disqualify [Doc. No. 14].

5. A hearing on Plaintiffs' Motion to Disqualify has been scheduled before this Court on May 11 at 11:30 am [Doc. No. 15].

6. On March 30, 2017, Attorneys Carlito Young and Laura Bailey Brown with the law firm of Johnson, Rosati, Schultz, and Joppich, P.C., entered their appearance on behalf of all named Defendants [Doc. Nos. 12 and 13].

7. The Parties now agree that Attorney Davis, because there is now appointed legal counsel for Defendants herein, will voluntarily withdraw as counsel for Defendants, with Attorneys Young and Brown continuing to represent all named Defendants in this action in all capacities pled.

8. The responsive pleadings in this matter are currently due on or before April 4, 2017.

NOW, THEREFORE, the Parties agree and stipulate as follows:

9. Attorney Davis voluntarily withdraws as counsel for Defendants.

10. Plaintiffs withdraw their Motion to Disqualify [Doc. No. 10], rendering the hearing on the motion set for May 11 at 11:30 am [Doc. No. 15] moot.

11. The Parties agree to an extension of time of 30 days for all Defendants to submit responsive pleadings to Plaintiffs' First Amended Complaint. Accordingly, Defendants will file their responsive pleadings on or before May 4, 2017.

Accordingly,

IT IS ORDERED that, as Plaintiff's Motion to Disqualify [Dkt. No. 10] has been withdrawn, the hearing on the Motion to Disqualify scheduled for May 11, 2017 is cancelled;

IT IS FURTHER ORDERED that all Defendants shall submit responsive pleadings to Plaintiffs' First Amended Complaint on or before May 4, 2017.

IT IS ORDERED.

Dated: April 14, 2017          s/Denise Page Hood
                                                         Chief Judge, U.S. District Court


Stipulated and Agreed to by:

/s/     Laura Bailey Brown
Laura Bailey Brown (P79742)
Attorney for Defendants
27555 Executive Drive, Suite 250
Farmington Hills, Michigan 48331
(248) 489-4100
lbrown@jrsjlaw.com


/s/     Robert Charles Davis (with consent)
Robert Charles Davis
10 S. Main St., Ste. 401
Mt. Clemens, Michigan 48043
(586) 469-4300
rdavis@dbsattorneys.com

/s/     Philip L. Ellison (with consent)
OUTSIDE LEGAL COUNSEL PLC
Philip L. Ellison (P74117)
Attorney for Plaintiffs
P O Box 107
Hemlock, MI 48626
(989) 642-0055 / (888) 398-7003 (F)
pellison@olcplc.com