UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRUCE MEYERS, KALLIE
ROESNER-MEYERS and
EUGENIA CALOCASSIDES,

    Plaintiffs,

v.

VILLAGE OF OXFORD et al.,

    Defendants.
_____/

Case No. 17-cv-10623

HON. DENISE PAGE HOOD

**ORDER REOPENING CASE ON REMAND
and GRANTING IN PART AND DENYING IN PART
MOTION FOR AN ORDER COMMANDING AN ANSWER AND
ISSUANCE OF CASE MANAGEMENT ORDER**

On June 27, 2018, the Sixth Circuit Court of Appeals issued an Opinion remanding the matter for further proceedings. (Doc. No. 27) The Mandate was issued on August 20, 2018.[1] Plaintiffs filed a Motion for an Order Commanding an Answer and Issuance of Case Management Order. (Doc. No. 29)

Accordingly,

IT IS ORDERED that this action is REOPENED.

IT IS FURTHER ORDERED that Defendants file an Answer to the Amended

---

[1] The Mandate was not entered in the case docket.

Complaint within 21 days from the entry of this Order.

IT IS FURTHER ORDERED that a Scheduling Conference is set for November 13, 2018, 11:00 a.m.

IT IS FURTHER ORDERED that Plaintiffs' Motion for an Order Commanding an Answer and Issuance of Case Management Order (Doc. No. 29, 9/18/18) is GRANTED IN PART and DENIED IN PART as set forth above.

s/Denise Page Hood
DENISE PAGE HOOD
CHIEF UNITED STATES DISTRICT JUDGE

DATED: October 11, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 11, 2018, by electronic and/or ordinary mail.

S/LaShawn R. Saulsberry
Case Manager