# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 20, 2018

Mr. David J. Weaver
U.S. District Court
for the Eastern District of Michigan
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

Re:   Case No. 17-2169, *Bruce Meyers, et al v. Village of Oxford, et al*
      Originating Case No. : 2:17-cv-10623

Dear Clerk,

Enclosed is a copy of the AMENDED mandate filed in this case.

Sincerely yours,

s/Roy G. Ford
Case Manager
Direct Dial No. 513-564-7016

cc:  Ms. Laura Bailey Brown
     Mr. Philip Lee Ellison
     Mr. Carlito Harry Young

Enclosure

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 17-2169

Filed: August 20, 2018

BRUCE MEYERS; KALLIE ROESNER-MEYERS; EUGENIA CALOCASSIDES

    Plaintiffs - Appellants

v.

VILLAGE OF OXFORD; JOE YOUNG; SUE BOSSARDET; MICHAEL SOLWOLD; ROBERT CHARLES DAVIS

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed the AMENDED mandate for this case hereby issues today.

COSTS:  To be recovered by Philip Lee Ellison

Filing Fee ........................$
Printing ..........................$

    Total ....................$ $505.00