UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Bruce Meyers, et al.,

                     Plaintiff(s),

v.                                            Case No. 2:17−cv−10623−DPH−DRG
                                                  Hon. Denise Page Hood

Oxford, Village of, et al.,

                     Defendant(s),

### NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Denise Page Hood at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan.  Please report to Room 219.  The following motion(s) are scheduled for hearing:

        Motion to Strike − #35

- MOTION HEARING:  January 30, 2019 at 02:30 PM

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                By: s/L. Saulsberry
                                                    Case Manager

Dated:   December 7, 2018