**UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

BRUCE MEYERS, et al.
    Plaintiffs,

    v.

VILLAGE OF OXFORD, et al,
    Defendants

_____ /

Case No.: 17-cv-10623
Honorable Denise Page Hood

**MOTION**

| OUTSIDE LEGAL COUNSEL PLC | JOHNSON, ROSATI, SCHULTZ & |
|---|---|
| PHILIP L. ELLISON (P74117) | JOPPICH, P.C. |
| Attorney for Plaintiffs | CARLITO H. YOUNG (P61863) |
| PO Box 107 | LAURA BAILEY BROWN (P79742) |
| Hemlock, MI 48626 | Attorney for Defendants |
| (989) 642-0055 | 27555 Executive Drive, Suite 250 |
| (888) 398-7003 - fax | Farmington Hills, MI 48331 |
| pellison@olcplc.com | (248) 489-4100 / (248) 489-1726 (F) |
| | cyoung@jrsjlaw.com |

OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

### MOTION TO ADJOURN THE JANUARY 30, 2019 HEARING

NOW COMES attorney Philip L. Ellison, as counsel to Plaintiffs

BRUCE MEYERS, KALLIE ROESNER-MEYERS, and EUGENIA

CALOCASSIDES, and seeks an adjournment of the hearing (ECF No. 39)

on the Motion to Strike Affirmative Defenses (ECF No. 35) set for January

30, 2019. The movant, as counsel, has been summoned to the United States

Court of Appeals for the Sixth Circuit in Cincinnati, Ohio on the same day in

the case of *James Benjamin, et al. v. John Stemple, et al.*, CA6 Case No.

1

18-1736, **Exhibit A**, and cannot be in both places at the same time. As a solo-practitioner, there is no one else that Plaintiffs' counsel can send to fill in. The undersigned has conferred with opposing counsel (attorney Laura Brown) and can confirm Defendants' side has no objection to the granting of this relief given the circumstances. See E.D. Mich. LR 7.1(a).

### RELIEF REQUESTED

WHEREFORE, Plaintiff's counsel requests this Court to enter an order adjourning oral argument on the pending Motion to Strike Affirmative Defenses (ECF No. 35) to a future date and time available to all counsel and the Court.

Date: January 21, 2019

RESPECTFULLY SUBMITTED:

/s/ Philip L. Ellison
PHILIP L. ELLISON (P74117)
OUTSIDE LEGAL COUNSEL PLC
PO Box 107
Hemlock, MI 48626
(989) 642-0055
(888) 398-7003 - fax
pellison@olcplc.com

Attorney for Plaintiffs

OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

## CERTIFICATE OF SERVICE

I hereby certify that on date stated below, I filed the foregoing document with the ECF/CM system which will serve an email copy of the same to all counsel of record (at their email address of record) on the date stated below.

Date: January 21, 2019                    RESPECTFULLY SUBMITTED:

/s/ Philip L. Ellison
OUTSIDE LEGAL COUNSEL PLC
BY PHILIP L. ELLISON (P74117)
PO Box 107
Hemlock, MI 48626
(989) 642-0055
(888) 398-7003 - fax
pellison@olcplc.com

Attorney for Plaintiffs

OUTSIDE LEGAL COUNSEL PLC
www.olcplc.com

3