## INDEX OF EXHIBITS

*Plaintiffs' Discovery Responses (Prior).* ...........................................Exhibit A

*Village of Oxford's Discovery Responses* .......................................Exhibit B