## INDEX OF EXHIBITS

Settlement Agreement ................................................................... Exhibit P

June 11, 2019 Meeting Minutes ...................................................... Exhibit Q