

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BRUCE MEYERS, ET AL.,

    Plaintiffs,

v.

OXFORD, VILLAGE OF, ET AL.,

    Defendants.
_____/

Case No. 17-10623
Hon. Denise Page Hood
Magistrate Judge David R. Grand

### SETTLEMENT JUDGE'S PROPOSAL

The settlement judge proposes that the above action be settled in its entirety by a payment from Defendants to Plaintiffs in the amount of:

$75,000.00

In addition, the parties will execute the statement agreed to during the settlement conference.

---

Plaintiffs: __✓__ Accept     _____ Reject the above proposed settlement

Defendants: _____ Accept     _____ Reject the above proposed settlement

Dated: June 5, 2019
By: _Philip L Ellison_, counsel to _Plaintiffs_.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BRUCE MEYERS, ET AL.,

    Plaintiffs,

v.

OXFORD, VILLAGE OF, ET AL.,

    Defendants.
_____/

Case No. 17-10623
Hon. Denise Page Hood
Magistrate Judge David R. Grand

## SETTLEMENT JUDGE'S PROPOSAL

The settlement judge proposes that the above action be settled in its entirety by a payment from Defendants to Plaintiffs in the amount of:

$75,000.00

In addition, the parties will execute the statement agreed to during the settlement conference.

---

Plaintiffs: _____ Accept     _____ Reject the above proposed settlement

Defendants: __X__ Accept     _____ Reject the above proposed settlement

SUBJECT TO VILLAGE COUNSEL'S FINAL APPROVAL set for 6/11, DEFENSE will recommend SETTLEMENT AS WELL AS VILLAGE manager & VILLAGE attorney

Dated: _____

By: _CARLITON YOUNG_, counsel to _VILLAGE OF OXFORD_